Fill in this information to identify the case:

Debtor 1  Philip T. Raines

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____    District of  Maryland
                                                                    (State)

Case number  14-11285

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 6936 ____ ____ ____

**Property address:** 179 Poinsett Lane
Number     Street

Frederick, Maryland  21702
City           State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 6,650.64

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

*c. **Total**. Add lines a and b.    (c) $ 6,295.53
 *Total amount is less a suspense balance of $355.11

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12 / 01 / 2018
MM / DD / YYYY

Form 4100R            **Response to Notice of Final Cure Payment**            page **1**

18-603539

| Debtor 1 | Philip T. Raines | Case number (*if known*) 14-11285 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Joshua Welborn, Esq.    (Jwel)    Date 05/23/2019
Signature

| Print | Joshua Welborn, Esq. | Title | Attorney for creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 312 Marshall Ave, Suite 800
Number   Street

Laurel, MD 20707
City   State   ZIP Code

Contact phone (301) 490 – 3361    Email bankruptcymd@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

**Daniel Charles Carroll**
Carroll & Ferguson
9438 Woodsboro Pike
Walkersville, MD 21793
Email: danc@carrollandferguson.com


**Nancy Spencer Grigsby**
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
Email: grigsbyecf@ch13md.com

I hereby further certify that on the 23rd day of May, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

**Philip T. Raines**
179 Poinsett Ln
Frederick, MD 21702
(Via U.S Mail)

                                              */s/ Joshua Welborn, Esq.*
                                              Joshua Welborn, Esq.

18-603539